IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Fred Hall, Jr. :
: NO. 14-12861 MDC

CERTIFICATION OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that a true and correct copy of the Notice and Motion to Modify Chapter 13 Plan were served either by first class mail, postage prepaid or electronically on August 9, 2016, to all interested parties.

  8-9-16                                /s/ MICHAEL A. LATZES, ESQUIRE
DATE                                  MICHAEL A. LATZES, ESQUIRE
                                        Attorney for Debtor