IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
    Fred Hall, Jr. :
: NO. 14-12861 MDC

### CERTIFICATION OF NO RESPONSE/OBJECTION

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that the Notice and Motion to Modify were served either electronically or first class mail, postage prepaid, on August 9, 2016 to all interested parties.

Counsel certifies that there have been no objections or other responsive pleadings filed to Debtor's Motion to Modify, in the above-referenced case and therefore requests that this court sign the Order granting Debtor's Motion to Modify Amended Chapter 13 Plan.

 8-25-16                                                               /s/ MICHAEL A. LATZES, ESQUIRE
Date                                                         MICHAEL A. LATZES, ESQUIRE
                                                                  Attorney for Debtor