**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
|     FRED HALL | : |
| | : |
| Debtor(s) | : NO. 14-12861 MDC |

### CERTIFICATE OF SERVICE

I, MICHAEL A. LATZES, ESQUIRE, attorney for debtor, hereby certifies that true and correct copies of the Amended Chapter 13 Plan Per Order to Modify and Schedule J were mailed either first class mail, postage prepaid or electronically on September 6, 2016, to all parties of interest.


9-6-16                                                                  /s/    MICHAEL A. LATZES
DATE                                                   MICHAEL A. LATZES, ESQUIRE
                                                           Attorney for Debtors