IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              : CHAPTER 13
    Fred Hall, Jr.                              :
                                                    : NO. 14-12861 MDC

## O R D E R

AND NOW, this 29th day of September 2016, upon the debtor's Motion to Modify Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ordered that the motion is granted as unopposed. 11 U.S.C. Sections 1328 and 1329.

_____
                                                  J.