United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                      Case No. 14-12861-mdc
Fred Hall, Jr.                                                              Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Christina          Page 1 of 1          Date Rcvd: Sep 30, 2016
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db            +Fred Hall, Jr.,    5117 Diamond Street,    Philadelphia, PA 19131-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016

Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2016 at the address(es) listed below:
        ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
         agornall@kmllawgroup.com,    bkgroup@kmllawgroup.com
        CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
         bankruptcy@foxandfoxlaw.com,    cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
        MICHAEL A. LATZES    on behalf of Debtor Fred  Hall, Jr. efiling@mlatzes-law.com
        RICHARD JEREMY HAGERMAN    on behalf of Creditor    UNITED STATES OF AMERICA
         Richard.J.Hagerman@usdoj.gov
        STEPHEN M HLADIK    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
         Springleaf Financial Services, Inc. shladik@hoflawgroup.com,    debersole@hoflawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER    ecfemails@ph13trustee.com,    philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
         mortonlaw.bcraig@verizon.net,    mhazlett@mortoncraig.com
                                                                                          TOTAL: 8

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            : CHAPTER 13

     Fred Hall, Jr.                              :

                                    : NO. 14-12861 MDC

## O R D E R

AND NOW, this 29th day of *September* 2016, upon the debtor's

Motion to Modify  Chapter 13 Plan post confirmation;

AND upon the debtor's certification that all parties in interest were served with the

motion and there are no objections thereto and with the consent of the Chapter 13 Trustee,

IT is hereby ordered that the motion is granted as unopposed.  11 U.S.C. Sections 1328

and 1329.


*Magdeline D. Co_____*
                                                  J.