United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12861-mdc
Fred Hall, Jr.                                                            Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Denine        Page 1 of 1        Date Rcvd: Mar 15, 2017
                           Form ID: trc        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2017.
13449325        +Springleaf Financial Services,    Serviced by Select Portfolio Servicing,,     3815 South West Temple,    Salt Lake City, UT 84115-4412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2017 at the address(es) listed below:
      ANDREW F GORNALL    on behalf of Creditor   Wilmington Savings Fund Society, Et al...    agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
      CRAIG H. FOX    on behalf of Creditor   Springleaf Financial Services of Pennsylvania, Inc.    bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
      MICHAEL A. LATZES    on behalf of Debtor Fred  Hall, Jr. efiling@mlatzes-law.com
      RICHARD JEREMY HAGERMAN    on behalf of Creditor   UNITED STATES OF AMERICA    Richard.J.Hagerman@usdoj.gov
      STEPHEN M HLADIK    on behalf of Creditor   Select Portfolio Servicing, Inc. as servicer for Springleaf Financial Services, Inc. shladik@hoflawgroup.com, debersole@hoflawgroup.com
      THOMAS I. PULEO    on behalf of Creditor   Wilmington Savings Fund Society, Et al...    tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor   JPMorgan Chase Bank, N.A.    mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                                                                      TOTAL: 9

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-12861-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Fred Hall, Jr.
5117 Diamond Street
Philadelphia PA 19131

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/13/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 9: Springleaf Financial Services, Serviced by Select Portfolio Servicing,, 3815 South West Temple, Salt Lake City, UT 84115 | Rushmore Loan Management Services<br>P.O. Box 55004<br>Irvine, CA 92619-2708 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/17/17                                              Tim McGrath
                                                               **CLERK OF THE COURT**