```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
```

In re:                                                          Case No. 14-12861-mdc
Fred Hall, Jr.                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD           Page 1 of 1             Date Rcvd: Apr 27, 2017
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 29, 2017.
db             +Fred Hall, Jr.,   5117 Diamond Street,   Philadelphia, PA 19131-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 27, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
               agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
              CRAIG H. FOX   on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
               bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
               bkgroup@kmllawgroup.com
              MICHAEL A. LATZES    on behalf of Debtor Fred  Hall, Jr. efiling@mlatzes-law.com
              RICHARD JEREMY HAGERMAN     on behalf of Creditor    UNITED STATES OF AMERICA
               Richard.J.Hagerman@usdoj.gov
              STEPHEN M HLADIK    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
                Springleaf Financial Services, Inc. shladik@hoflawgroup.com, debersole@hoflawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A.
               mortonlaw.bcraig@verizon.net, mhazlett@mortoncraig.com
                                                                                             TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Fred Hall Jr. aka Fred Hall<br>         Debtor | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a<br>Christiana Trust, not individually but as trustee for<br>Carlsbad Funding Mortgage Trust<br>         Movant<br>vs. | NO. 14-12861 MDC |
| Fred Hall Jr. aka Fred Hall<br>         Debtor | 11 U.S.C. Sections 362 and 1301 |
| Andria A. Steve<br>William C. Miller Esq.<br>         Additional Respondents | |

## ORDER

AND NOW, this 27th day of April, 2017 at Philadelphia, upon failure of Debtor and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362 and 1301, is modified with respect to the subject premises located at 7433 Rodgers Avenue, Upper Darby, PA 19082 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. ~~Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.~~

                               _Maydeline D C_____
                                    Bankruptcy Judge.