**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                          Chapter 13

                                          Bankruptcy No. 14-12861-MDC

FRED HALL, JR.

5117 DIAMOND STREET

PHILADELPHIA, PA 19131

      Debtor

## **CERTIFICATE OF SERVICE**

      **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

      FRED HALL, JR.

      5117 DIAMOND STREET

      PHILADELPHIA, PA 19131

Counsel for debtor(s), by electronic notice only.

      MICHAEL A LATZES ESQUIRE
      1528 WALNUT STREET
      STE 700
      PHILA, PA 19102-

                                                          /S/ William C. Miller

Date: 2/7/2018                                       _____

                                                         William C. Miller, Esquire
                                                        Chapter 13 Standing Trustee