Certificate Number: 15317-PAE-DE-032685222

Bankruptcy Case Number: 14-12861



15317-PAE-DE-032685222

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 17, 2019, at 12:34 o'clock PM PDT, Fred Hall completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   April 17, 2019                    By:    /s/Jonald Gutierrez

                                          Name:  Jonald Gutierrez

                                          Title: Counselor