United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-12861-mdc
Fred Hall, Jr.                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: dlv            Page 1 of 2           Date Rcvd: Jul 17, 2019
                             Form ID: 138NEW      Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2019.
```
db         +Fred Hall, Jr.,   5117 Diamond Street,   Philadelphia, PA 19131-2314
cr         +JPMorgan Chase Bank, N.A.,   201 N Central Ave,   Phoenix, AZ 85004-0905
cr         +Springleaf Financial Services of Pennsylvania, Inc,   c/o Craig H. Fox,,
             425 Swede Street, Suite 706,   One Montgomery Plaza,   Norristown, PA 19401-4853
cr         +WELLS FARGO BANK NA,   1 HOME CAMPUS,   MAC# X2303-01A,   DES MOINES, IA 50328-0001
cr         +Wells Fargo Bank, N.A.,   1 Home Campus,   MAC X2303-01A,   Des Moines, IA 50328-0001
13371424    Capital One, N.A.,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
13302528   +Department Stores National Bank/Macys,   Bankruptcy Processing,   Po Box 8053,
             Mason, OH 45040-8053
13422676   +JPMorgan Chase Bank, N.A.,   c/o WILLIAM EDWARD CRAIG,   Morton & Craig,
             110 Marter Avenue, Suite 301,   Moorestown, NJ 08057-3125
13284110   +James J. Zwolak, Esquire,   City of Philadelphia - Law Dept.,   Municipal Services Building,
             1401 JFK Blvd., 5th floor,   Philadelphia, PA 19102-1640
13408033   +MICHAEL A. LATZES, ESQUIRE,   1528 Walnut Street, Suite 700,   Philadelphia, PA 19102-3607
13882472   +Rushmore Loan Management Services,   P.O. Box 55004,   Irvine, CA 92619-5004
13449325   +Springleaf Financial Services,   Serviced by Select Portfolio Servicing,,
             3815 South West Temple,   Salt Lake City, UT 84115-4412
13371378   +Springleaf Financial Services of Pennsylvania, Inc,   c/o Craig H. Fox, Esquire,
             425 Swede Street,   One Montgomery Plaza, Suite 706,   Norristown, PA 19401-4852
13284112   +Wells Fargo  Home Mortgage,   MACX7801-03K,   3476 Stateview Blvd.,   Attn: Bankruptcy Dept.,
             Fort Mill, SC 29715-7203
13347025    Wells Fargo Bank, N.A.,   Home Equity Group,   1 Home Campus  X2303-01A,
             Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:18     City of Philadelphia,
             City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
             Philadelphia, PA  19102-1595
smg         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2019 03:37:36
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2019 03:38:13     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13457098   +E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:18
             CITY OF PHILADELPHIA, LAW DEPARTMENT  TAX UNIT,   MUNICIPAL SERVICES BUILDING,
             1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13340072   +E-mail/Text: bankruptcy@cavps.com Jul 18 2019 03:38:08     Cavalry SPV I, LLC,
             500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
13284105    E-mail/Text: bk.notifications@jpmchase.com Jul 18 2019 03:37:23     Chase Automotive Finance,
             P.O. BOX 15700,   Attn: Bankruptcy Dept.,   Wilmington, DE 19886-5700
13284106   +E-mail/Text: megan.harper@phila.gov Jul 18 2019 03:38:18
             City of Philadelphia-Law Dept-Tax Unit,   1401 John F. Kennedy Blvd., 5th Floor,
             Attn: Bankruptcy Dept.,   Philadelphia, PA 19102-1617
13284108    E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:28:56     GE Capital Retail Bank,
             P.O. BOX 965060,   Attn: Bankruptcy Dept.,   Orlando, FL 32896-5060
13284107    E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:29:59     GE Capital Retail Bank,
             P.O. BOX 965033,   Attn: Bankruptcy Dept.,   Orlando, FL 32896-5033
13284109    E-mail/Text: cio.bncmail@irs.gov Jul 18 2019 03:37:08     Internal Revenue Service,
             P.O. BOX 7346,   Attn: Bankruptcy Dept.,   Philadelphia, PA 19101-7346
13293325    E-mail/Text: bk.notifications@jpmchase.com Jul 18 2019 03:37:23     JPMorgan Chase Bank, N.A.,
             National Bankruptcy Department,   P.O. Box 29505 AZ1-1191,   Phoenix, AZ 85038-9505
13284111    E-mail/Text: bncnotices@becket-lee.com Jul 18 2019 03:37:03     Kohl’s,   P.O. BOX 3043,
             Attn: Bankruptcy Dept.,   Milwaukee, WI 53201-3043
13358002    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 18 2019 03:31:14
             Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
13324268    E-mail/Text: bnc-quantum@quantum3group.com Jul 18 2019 03:37:26
             Quantum3 Group LLC as agent for,   MOMA Funding LLC,   PO Box 788,   Kirkland, WA  98083-0788
13370266   +E-mail/PDF: cbp@onemainfinancial.com Jul 18 2019 03:29:58     SPRINGLEAF FINANCIAL INC,
             P.O. Box 3251,   Evansville, IN 47731-3251,   800-266-9800,   cbp@springleaf.com 47731-3251
13399858    E-mail/PDF: gecsedi@recoverycorp.com Jul 18 2019 03:29:56     Synchrony Bank,
             c/o Recovery Management Systems Corp,   25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
                                                                                              TOTAL: 16

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         Wells Fargo Bank, N.A. Home Equity Group,   1 Home Campus,   X2303-01A,
             Des Moines, IA  50328-0001
13297100*   Internal Revenue Service,   P.O. Box 7317,   Philadelphia, PA 19101-7317
cr         ##+Select Portfolio Servicing, Inc. as servicer for S,   3815 South West Temple,
             Salt Lake City, UT 84115-4412
13415239   ##+Select Portfolio Servicing, Inc. as servicer,   3815 South West Temple,
             Salt Lake City, UT 84115-4412
                                                                                   TOTALS: 0, * 2, ## 2
```

```
District/off: 0313-2                  User: dlv                    Page 2 of 2                  Date Rcvd: Jul 17, 2019
                                      Form ID: 138NEW              Total Noticed: 31
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2019                                    Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2019 at the address(es) listed below:
```
          ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
           agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
          CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
           bankruptcy@foxandfoxlaw.com, cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
           bkgroup@kmllawgroup.com
          MICHAEL A. LATZES    on behalf of Debtor Fred  Hall, Jr. efiling@mlatzes-law.com
          RICHARD JEREMY HAGERMAN    on behalf of Creditor    UNITED STATES OF AMERICA
           Richard.J.Hagerman@usdoj.gov
          STEPHEN M HLADIK    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
           Springleaf Financial Services, Inc. shladik@hoflawgroup.com, debersole@hoflawgroup.com
          THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
           mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Fred Hall, Jr.
       Debtor(s)                                           Bankruptcy No: 14–12861–mdc
                                                                            Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1.  The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                              900 Market Street
                                    Suite 400
                             Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                                                      For The Court
                                                                           Timothy B. McGrath
                                                                             Clerk of Court

Dated: 7/17/19

                                                                                                                         112 – 111
                                                                                             Form 138_new