United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Fred Hall, Jr.
     Debtor

Case No. 14-12861-mdc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: dlv     Page 1 of 1     Date Rcvd: Sep 04, 2019
Form ID: 195     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2019.
db           +Fred Hall, Jr.,    5117 Diamond Street,    Philadelphia, PA 19131-2314

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2019 at the address(es) listed below:
         ANDREW F GORNALL    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
          agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
         CRAIG H. FOX    on behalf of Creditor    Springleaf Financial Services of Pennsylvania, Inc.
          bankruptcy@foxandfoxlaw.com,   cfox@foxandfoxlaw.com;foxandfoxattorneysatlaw@gmail.com
         MATTEO SAMUEL WEINER    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
          bkgroup@kmllawgroup.com
         MICHAEL A. LATZES    on behalf of Debtor Fred  Hall, Jr. efiling@mlatzes-law.com
         RICHARD JEREMY HAGERMAN    on behalf of Creditor    UNITED STATES OF AMERICA
          Richard.J.Hagerman@usdoj.gov
         STEPHEN M HLADIK    on behalf of Creditor    Select Portfolio Servicing, Inc. as servicer for
          Springleaf Financial Services, Inc. shladik@hoflawgroup.com,   pfranz@hoflawgroup.com
         THOMAS I. PULEO    on behalf of Creditor    Wilmington Savings Fund Society, Et al...
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
         WILLIAM EDWARD CRAIG    on behalf of Creditor    JPMorgan Chase Bank, N.A. ecfmail@mortoncraig.com,
          mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                             TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Fred Hall, Jr.                                                    : Case No. 14–12861–mdc
     Debtor(s)

***ORDER***
_____

    AND NOW, this day , September 4, 2019 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

    By The Court

    Magdeline D. Coleman
    Chief Judge , United States Bankruptcy Court

116
Form 195